# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 21 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _au_ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Jose Ezequiel Pachuca, Jr. (1)

Defendant.

Case No. 21-cr-3290-AJB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:952,960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

☒ Ct 2 - 21:952,960; 18:2 - Importation of Fentanyl; Aiding and Abetting

Dated: 3/15/22

Hon. Karen S. Crawford
United States Magistrate Judge